379 A.2d 580

Commonwealth v. Coates, Appellant.

Submitted September 13, 1976. Philip D. Lauer, for appellant; Richard J. Shiroff, Assistant District Attorney, and Charles H. Spaziani, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.